UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

_____

| | | |
|---|---|---|
| Quad Int'l Incorporated | Case No. | 1:12cv1252 |
| | | 1:12cv1253 |
| | | 1:12cv1259 |
| Plaintiff, | | 1:12cv1261 |
| v. | | 1:12cv1266 |
| | | 1:12cv1267 |
| | | 1:12cv1268 |
| JOHN DOE, | | 1:12cv1273 |
| Defendant. | | |

_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

DATED: February 6, 2013

By: /s/ Timothy V. Anderson
Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd Ste 104
Virginia Beach, VA 23456
757-301-3636 Tel
757-301-3640 Fax
timanderson@virginialawoffice.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 6, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

By: /s/ Timothy V. Anderson
Timothy V. Anderson